1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERN DE WOLF, an individual, | ) Case No. 4:15-cv-04413-SBA |
| Plaintiff, | ) **ORDER CONTINUING INITIAL CASE** |
|  | ) **MANAGEMENT CONFERENCE** |
| v. | ) |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC, a Florida limited liability company, | ) |
| Defendant. | ) |

　　Having considered Plaintiff VERN DE WOLFE'S Ex Parte Application for a continuance of the Initial Case Management Conference, and finding good cause therefore,

　　IT IS HEREBY ORDERED that the Initial Case Management Conference be continued to <u>March 17, 2016, at 2:30 PM.</u>, ~~2016.~~

///

///

///

///

Page 1

1 |     Joint Case Management Conference statements are due no
2 | later than _____March 10\_, 2016.
3 |
4 | DATED: 01/11/2016
5 |                                   _/s/ Saundra B. Armstrong_
6 |                                   HON. SAUNDRA BROWN ARMSTRONG
7 |                                   UNITED STATES SENIOR DISTRICT JUDGE