UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VERN DE WOLF, an individual,<br><br>             Plaintiff,<br><br>     vs.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC, a Florida limited liability company,<br><br>             Defendant. | Case No:  C 15-04413 SBA<br><br>**CONDITIONAL DISMISSAL ORDER** |

Having received notice of the settlement of this action, see Dkt. 27, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and trial will be rescheduled, provided that such motion is filed within sixty (60) days of this order.  All scheduled dates are VACATED.

IT IS SO ORDERED.

Dated:  2/8/17

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge